IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL ARMSTRONG,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | 8:26-CV-482<br><br>ORDER |

DIT IS ORDERED that due to clerical error:

1. The Clerk of the Court shall remove Magistrate Judge Ryan C. Carson as the referral judge in this case.

2. A replacement referral judge will not be assigned.

Dated this 31st day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge